

**U.S. Department of Justice**

**Tax Division**

*Please reply to:* Civil Trial Section, Eastern Region
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044

Facsimile No. (202) 514-6866

JAD:DAH:LPBlaskopf
5-48-20934
CMN 2008101902

June 30, 2010

FAX DELIVERY (609) 989-2193

Honorable Lois H. Goodman
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Re: <u>United States v. William B. Gallagher, et al.</u> Civ. No. 08-3729 (USDC DNJ)

Dear Judge Goodman:

    I am writing to request that the conference call in the above-referenced case, currently scheduled to occur on July 1, 2010 at 9:30 a.m., be adjourned for approximately two weeks. The reason for this request is that it is likely that the parties will soon be able to report that the case has been settled. The government recently considered a settlement offer from the Gallaghers, and we have discussed certain concerns we have regarding the offer with Mr. Gallagher. Mr. Gallagher has indicated that he will clarify his offer to take into account these concerns. We anticipate that this process should take approximately two weeks. Part of the reason for this length of time is that Mr. Gallagher is currently undergoing medical tests. Accordingly, we seek an adjournment of the conference call.

    I have spoken with Mr. Gallagher concerning an adjournment of the conference call, and he stated he is in agreement with such an adjournment.

*The Conference Call is Rescheduled to July 21, 2010 at 2:00 p.m.*

So Ordered this 1st day of July 2010

[signature]

- 2 -

If you have any questions concerning this letter, please call me at (202) 514-9642.

Sincerely yours,

LAWRENCE P. BLASKOPF
Trial Attorney
Civil Trial Section, Eastern Region

cc: (by fax (732) 775-2258)
William B. Gallagher, Jr.
Klitzman & Gallagher
1321 Memorial Drive
P.O. Box 468
Asbury Park, N. J. 07712

4306174.1